# Third District Court of Appeal

## State of Florida

Opinion filed March 8, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1361
Lower Tribunal Nos. F20-6666 & F19-8825

_____

**Keschener Destin,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Laura Shearon Cruz, Judge.

Keschener Destin, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, GORDO, and LOBREE, JJ.

PER CURIAM.

The order denying the petition for writ of habeas corpus is affirmed.

Upon the Court's own motion, the appeal of the trial court's order denying appellant's pro se motion to dismiss is hereby dismissed as an appeal taken from a non-final, non-appealable order. See Charlemagne v. State, 207 So. 3d 237 (Fla. 3d DCA 2015) (unpublished table decision).

Affirmed in part; dismissed in part.